```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                         EASTERN DIVISION


ANITA BELL, ET AL.                                         PLAINTIFFS


VS.                              CIVIL ACTION NO. 4:06CV21TSL-LRA


FIRST FAMILY FINANCIAL SERVICES, INC.                       DEFENDANT
```

### ORDER

Plaintiffs have advised the court that they wish to dismiss with prejudice the claims of all remaining plaintiffs, which is all plaintiffs who do not have arbitration agreements who have not been referred to arbitration.

Accordingly, it is ordered that the claims of the following plaintiffs are dismissed with prejudice:

| | |
|---|---|
| Charles Bowden | |
| Elaine Logan | Vera Ann Neal |
| Tony Black | Eugene VanBuren |
| Randell Coleman | Lafayette Wales, Sr. |
| Francis Collins | Helen Ward |
| Shirley Cross | Gloria Smith |
| Frank Dixon | Katie Smith |
| Edna Evans | Shirley Taylor |
| Leonice Goodloe | Ethel Holliday |
| Helen Harper | Renotta Townsend |
| Mattie Hunter | Bobbie Williams |
| Walter Hunter | Sedrick Worthy |
| Betty Jackson | Joe Dancy |
| Naomi Johnson | Carolyn Davis |
| Debbie Mitchell | Willie Davis |
| Lillie Mae Nichols | Queen Harris |
| Cora Otto | Carol Randle |
| Mary Powell | Fred Brown |
| Bernice Flemings | Willie Coggins |
| Amy Lynn Echoles | Walter Anderson |
| Mary Chandler | Luerena Calmes |

Rosetta Hawkins

SO ORDERED this 21st day of December, 2006.

                                      /s/ Tom S. Lee
                                      UNITED STATES DISTRICT JUDGE